No. 03–8041. PAULINKONIS *v.* MOORE, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 03–8042. ANGO *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 03–8043. ZUERN *v.* TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8045. MOSS *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 03–8047. BONAPARTE *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 03–8052. PUCKETT *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 03–8054. KOTILA *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 03–8056. BURNETT *v.* SCOVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–8060. ROGERS-WRIGHT *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8061. REARDON *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8063. JOSEPH *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8064. BURNETT *v.* BOARD OF HEALTH OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–8077. SARNOWSKI *v.* BAYER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8079. STORY *v.* SCOTT, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 03–8084. SHAW *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.